IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC., § § § § § § § § § § § | |
| Plaintiff, | |
| v. | Case No. 2:21-CV-149-JRG-RSP |
| CHICK-FIL-A, INC., | |
| Defendant. | |

### DEFENDANT CHICK-FIL-A, INC.'S NOTICE OF SERVICE OF INITIAL & ADDITIONAL DISCLOSURES

Defendant Chick-fil-A, Inc. respectfully gives notice under Local Rule CV-26(c) that it served Plaintiff in the above referenced matter with Defendant Chick-fil-A, Inc.'s Initial and Additional Disclosures pursuant to this Court's Order (Dkt. No. 20) on October 21, 2021.

Respectfully submitted, this 21st day of October, 2021.

Respectfully submitted,

*/s/ Robert L. Lee*
Robert L. Lee
(Georgia Bar No. 443,978)
Bob.Lee@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree St. NE
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Attorney for Defendant Chick-fil-A, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 21, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Robert L. Lee*
Robert L. Lee
