# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHICK-FIL-A, INC., <br><br> Defendant. | Civil Action No. <br> 2:21-cv-149-JRG-RSP <br> JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Sam Bragg, enters his appearance in the above-referenced proceeding for Chick-Fil-A, Inc. ("Chick-Fil-A").  Mr. Bragg is admitted to practice in this Court, and Chick-Fil-A respectfully requests that the Court take note of this Notice of Appearance and make Sam Bragg one of its attorneys of record in this lawsuit.  Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Sam Bragg at the address set forth below.

Dated:  November 17, 2021

Respectfully submitted,

/s/ Sam Bragg
Sam Bragg (TX Bar No. 24097413)
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
Email:  sam.bragg@alston.com

Robert L. Lee (GA Bar No. 443978)
Bob.Lee@alston.com

>Emily C. Welch (GA Bar No. 606071)
>Emily.welch@alston.com
>**ALSTON & BIRD LLP**
>One Atlantic Center
>1201 West Peachtree St. NE
>Atlanta, Georgia 30309-3424
>Tel.: (404) 881-7000
>Fax: (404) 881-7777
>
>*Counsel for Defendant*
>*Chick-fil-A, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 17, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>*/s/ Sam Bragg*
>Sam Bragg