# EXHIBIT A

**EXHIBIT A – Tiare's Terms and Supporting Evidence**

| No. | Term | Asserted Claims | Tiare's Construction and Supporting Evidence |
|---|---|---|---|
| 1 | "venue specific application program" | ('729 Patent, claim 1, 19, 20) | an application associated with one or more venues, such as a chain of restaurants or retailer stores<br><br>**Intrinsic Evidence**<br><br>'477 Patent, claims<br>'729 Patent, claims<br>'244 Patent, claims<br>'414 Patent, claims<br>'798 Application, claims<br><br>'729 Patent, Figs. 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13; 1:17–3:16, 3:54–7:52, 8:38–10:27, 11:25–12:28, 15:51–20:18, 20:62–22:64, 23:9–25:9.[1]<br><br>TIARE-CFL-00001570–1615.<br><br>**Extrinsic Evidence**<br><br>*Microsoft Computer Dictionary (5th Ed.)* |
| 2 | "venue-specific application" | ('414 Patent, claim 1, 2, 8, 10, 15, 17, 19) | an application associated with one or more venues, such as a chain of restaurants or retailer stores<br><br>**Intrinsic Evidence**<br><br>Same as "venue specific application program" |

---

[1] For simplicity, Tiare cites to the '729 Patent for common specification cites.

1

**EXHIBIT A – Tiare's Terms and Supporting Evidence**

| No. | Term | Asserted Claims | Tiare's Construction and Supporting Evidence |
|---|---|---|---|
| | | | **Extrinsic Evidence**<br><br>Same as "venue specific application program" |
| 3[2] | "A computer-implemented method executed by one or more processors of a first mobile computing device, the method comprising" | ('414 Patent, claim 1) | Not limiting. Plain-and-ordinary meaning. Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 4 | "providing, to the server system, data indicating the [updated] location" | ('414 Patent, claim 1) | Plain-and-ordinary meaning. No construction necessary. Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 5 | "receiving, from the server system" | ('414 Patent, claim 3) | Plain-and-ordinary meaning. No construction necessary. Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 6 | "A computer-implemented method executed by one or | ('414 Patent, claim 8) | Plain-and-ordinary meaning. No construction necessary. Not indefinite. |

---

[2] Defendant first proposed terms 3–15 on November 16, 2021, after the P.R. 4-1 and 4-2 deadlines. Tiare reserves its right to ask the Court to decline to construe or address the definiteness of terms 2–15 based on the Defendant's disclosure.

**EXHIBIT A – Tiare's Terms and Supporting Evidence**

| <u>No.</u> | <u>Term</u> | <u>Asserted Claims</u> | <u>Tiare's Construction and Supporting Evidence</u> |
|---|---|---|---|
| | more processors, the method comprising" | | **Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 7 | "receiving, from the mobile computing device" | ('414 Patent, claim 8) | Plain-and-ordinary meaning.  No construction necessary.  Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 8 | "upon receiving an indication that an order is ready, providing the updated location of the mobile computing device" | ('414 Patent, claim 9) | Plain-and-ordinary meaning.  No construction necessary.  Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 9 | "identifying a computing system" | ('414 Patent, claim 10) | Plain-and-ordinary meaning.  No construction necessary.  Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 10 | "providing the order information" | ('414 Patent, claim 10) | Plain-and-ordinary meaning.  No construction necessary.  Not indefinite.<br><br>**Intrinsic Evidence** |

**EXHIBIT A – Tiare's Terms and Supporting Evidence**

| No. | Term | Asserted Claims | Tiare's Construction and Supporting Evidence |
|---|---|---|---|
| | | | '414 Patent, claims and specification. |
| 11 | "A computer-implemented method executed by one or more processors of a server system, the method comprising" | ('414 Patent, claim 15) | Plain-and-ordinary meaning. No construction necessary. Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 12 | "receiving, from one of the mobile computing devices" | ('414 Patent, claim 15) | Plain-and-ordinary meaning. No construction necessary. Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 13 | "mapping the updated locations" | ('414 Patent, claim 15) | Plain-and-ordinary meaning. No construction necessary. Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |
| 14 | "sending, to a delivery computing device" | ('414 Patent, claim 16) | Plain-and-ordinary meaning. No construction necessary. Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |

4

**EXHIBIT A – Tiare's Terms and Supporting Evidence**

| <u>No.</u> | <u>Term</u> | <u>Asserted Claims</u> | <u>Tiare's Construction and Supporting Evidence</u> |
|---|---|---|---|
| 15 | "sending, to a delivery computing device" | ('414 Patent, claim 18) | Plain-and-ordinary meaning.  No construction necessary.  Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'414 Patent, claims and specification. |