# EXHIBIT B

EXHIBIT B: Defendant Chick-fil-A's Proposed Constructions and Supporting Evidence

| Term # | Claim Term | Claim(s) | Defendant's Preliminary Construction and Supporting Intrinsic and Extrinsic evidence |
|---|---|---|---|
| 1 | "venue specific application program" "venue-specific application" | '729 Patent: 1, 19, 20<br><br>'414 Patent: 1, 2, 8, 10, 15, 17, 19 | **Proposed Construction:** Plain and ordinary meaning<br><br>**Intrinsic evidence:**<br><br>'729 Patent:<br>Abstract;<br>Col. 1:25-57;<br>2:21-37;<br>3:1-14;<br>7:35-42;<br>9:1-9<br><br>'414 Patent:<br>Abstract;<br>Col. 1:25-40;<br>2:39-56;<br>3:1-16;<br>3:58-4:9;<br>Fig. 1;<br>4:10-17;<br>6:19-46;<br>7:30-51;<br>9:11-19 |
| 2 | Preamble: "A computer-implemented method executed by one or more processors of a first mobile computing device, the method comprising" | '414 Patent: 1 | **Proposed Construction:** limiting<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>21:22-32; |

| | | | Fig. 11;<br>Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
|---|---|---|---|
| 3 | "providing, to the server system, data indicating the [updated] location" | '414 Patent:<br>1 | **Proposed Construction:**<br>indefinite<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>15:8-32;<br>21:22-32;<br>Fig. 11;<br>Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
| 4 | "receiving, from the server system" | '414 Patent:<br>3 | **Proposed Construction:**<br>indefinite<br><br>**Intrinsic Evidence:**<br>'414 Patent: |

2

| | | | |
|---|---|---|---|
| | | | Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>15:8-32;<br>21:22-32;<br>Fig. 11;<br>Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
| 5 | Preamble: "A computer-implemented method executed by one or more processors, the method comprising" | '414 Patent: 8 | **Proposed Construction:**<br>limiting<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>21:22-32;<br>Fig. 11;<br>Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18; |

| | | | 23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
|---|---|---|---|
| 6 | "receiving, from the mobile computing device" | '414 Patent:<br>8 | **Proposed Construction:**<br>indefinite<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>15:8-32;<br>21:22-32;<br>Fig. 11;<br>Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
| 7 | "upon receiving an indication that an order is ready, providing the updated location of the mobile computing device" | '414 Patent:<br>9 | **Proposed Construction:**<br>indefinite<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51; |

4

| | | | |
|---|---|---|---|
| | | | 12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>15:8-32;<br>21:22-32;<br>Fig. 11;<br>Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
| 8 | "identifying a computing system" | '414 Patent: 10 | **Proposed Construction:**<br>indefinite<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>15:8-32;<br>21:22-32;<br>Fig. 11;<br>Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |

5

| | | | |
|---|---|---|---|
| 9 | "providing the order information" | '414 Patent: 10 | **Proposed Construction:** indefinite<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>21:22-32;<br>Fig. 11;<br>Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
| 10 | Preamble: "A computer-implemented method executed by one or more processors of a server system, the method comprising" | '414 Patent: 15 | **Proposed Construction:** limiting<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>21:22-32;<br>Fig. 11; |

6

| | | | Fig. 12;<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
|---|---|---|---|
| 11 | "receiving, from one of the mobile computing devices" | '414 Patent:<br>15 | **Proposed Construction:**<br>indefinite<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2;<br>Col. 8:48-65;<br>9:11-19;<br>9:63-10:2;<br>10:22-27;<br>10:39-51;<br>12:45-55;<br>13:3-7;<br>13:52-14:28;<br>14:60-63;<br>15:8-32;<br>21:22-32;<br>Fig. 11;<br>Fig. 12:<br>20:66-21:2;<br>22:6-16;<br>23:12-20;<br>24:7-18;<br>23:12-20;<br>24:41-53;<br>24:65-68;<br>Fig. 13;<br>25:21-34 |
| 12 | "mapping the updated locations" | '414 Patent:<br>15 | **Proposed Construction:**<br>indefinite<br><br>**Intrinsic Evidence:**<br>'414 Patent:<br>Fig. 2; |

7

| | | | |
|---|---|---|---|
| | | | Col. 8:48-65; 9:11-19; 9:63-10:2; 10:22-27; 10:39-51; 12:45-55; 13:3-7; 13:52-14:28; 14:60-63; 15:8-32; 21:22-32; Fig. 11; Fig. 12; 20:66-21:2; 22:6-16; 23:12-20; 24:7-18; 23:12-20; 24:41-53; 24:65-68; Fig. 13; 25:21-34 |
| 13 | "sending, to a delivery computing device" | '414 Patent: 16, 18 | **Proposed Construction:** indefinite<br><br>**Intrinsic Evidence:** '414 Patent: Fig. 2; Col. 8:48-65; 9:11-19; 9:63-10:2; 10:22-27; 10:39-51; 12:45-55; 13:3-7; 13:52-14:28; 14:60-63; 15:8-32; 21:22-32; Fig. 11; Fig. 12; 20:66-21:2; 22:6-16; 23:12-20; 24:7-18; |

8

|  |  |  | 23:12-20; 24:41-53; 24:65-68; Fig. 13; 25:21-34 |
|--|--|--|--|
|  |  |  |  |