# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TIARE TECHNOLOGY, INC.,** § § § | |
| *Plaintiff,* § § | Civil Action No. 2:21-cv-149-JRG-RSP |
| v. § § | **JURY TRIAL DEMANDED** |
| **CHICK-FIL-A, INC.,** § § § | |
| *Defendant.* § § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Tiare Technology, Inc. ("Tiare") and Defendant Chick-fil-A, Inc. ("CFA") hereby notify the Court that all matters in controversy between the parties have been settled, in principle. Accordingly Plaintiff Tiare and Defendant CFA jointly move the Court to stay all deadlines in the above-captioned case for 30 days, through January 25, 2022, to allow the parties to finalize the settlement of this matter.

Dated: December 26, 2021

Respectfully submitted,

By: /s/ Christian Hurt

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

        **The Davis Firm PC**
        213 N. Fredonia Street, Suite 230
        Longview, Texas 75601
        Telephone: (903) 230-9090
        Facsimile: (903) 230-9661

        *Counsel for Tiare Technology, Inc.*

Dated: December 26, 2021        /s/ Robert L. Lee

        Robert L. Lee
        Georgia State Bar No. 443978
        ALSTON & BIRD LLP
        One Atlantic Center
        1201 West Peachtree St. NE
        Tel: (404) 881-7000
        Fax: (404) 881-7777
        Email: Bob.Lee@alston.com

        Deron R. Dacus
        Texas Bar No. 00790553
        Shannon Dacus
        Texas Bar No. 00791004
        THE DACUS FIRM, P.C.
        821 ESE Loop 323, Suite 430
        Tel: (903) 705-1117
        Fax: (903) 581-2543
        Email: ddacus@dacusfirm.com
        Email: sdacus@dacusfirm.com

        *COUNSEL FOR DEFENDANT*
        *CHICK-FIL-A, INC.*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed

to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 26th day of December, 2021.

/s/ Christian Hurt<br>Christian Hurt

**CERTIFCATE OF CONFERENCE**

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff Tiare Technology, Inc. and Defendant Chick-fil-A, Inc.

/s/ Christian Hurt<br>Christian Hurt